IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 22 PM 1:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| GE CAPITAL HEALTHCARE FINANCIAL SERVICES, A Division of General Electric Company,<br><br>        Plaintiff,<br><br>v.<br><br>MEMPHIS CANCER CENTER, P.C.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 03-2139 Ml/An<br>)<br>)<br>)<br>) |

### JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on the parties' Stipulation of Dismissal,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal as to Memphis Cancer Center, P.C., entered December 20, 2005, this case is DISMISSED with prejudice.

APPROVED:

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT COURT

Dec. 21, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:03-CV-02139 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Craig T. Mierzwa
PITNEY HARDIN KIPP & SZUCH LLP
685 Third Avenue
New York, NY 10017

James E. Bailey
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Michelle Hohnke Joss
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

George T. Wheeler
HARRIS SHELTON DUNLAP COBB & RYDER, L.L.P.C.
6060 Poplar Ave.
Ste. 450
Memphis, TN 38119

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Blair Beavers Evans
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT